ORIGINAL

FILED

06/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JUN 1 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF KC
J. BARRETT FOR ADDITIONAL DEFERRAL
OF BAR EXAMINATION

O R D E R

KC J. Barrett has petitioned the Court for waiver of the Rules of Admission necessary to sit for the July 2020 Montana Bar Examination. The petition is unclear about the specific exam administrations and deferrals Barrett has previously exercised, but the State Bar Admissions Administrator confirms that Barrett requires a rule waiver necessary for a fourth deferral to be eligible to sit for another examination without filing a new application. *See* Rule III(J)(6), Rules of Admission to the Bar of Montana. We conclude that Barrett's petition demonstrates that extraordinary personal circumstances have prevented him from undertaking necessary preparations for the exam in the past, and that he has now made preparations for adequate study that justify waiver to permit an additional deferral. Therefore,

IT IS HEREBY ORDERED that the petition of KC J. Barrett for a fourth examination deferral is GRANTED. Barrett may sit for the July 2020 examination under his current application.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 16th day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices